**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
FIDEL HERNANDEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL HERNANDEZ,<br><br>                Plaintiff,<br><br>        vs.<br><br>NORTH MAIN SERVICE; JESUS CARDENAS; and DOES 1 to 10,<br><br>                Defendants. | **Case No.: 2:20-cv-10626 FLA (RAOx)**<br>**Hon. Fernando L. Aenlle-Rocha**<br><br>**REQUEST FOR DISMISSAL OF ENTIRE ACTION** |

**PLEASE TAKE NOTICE** that FIDEL HERNANDEZ ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) hereby requests the Court to dismiss the entire action pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) which provides in relevant part:

(a) **Voluntary Dismissal.**

(2)    *By Court Order; Effect*. Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. If a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be

1

1  dismissed over the defendant's objection only if the counterclaim can remain

2  pending for independent adjudication.

3       Accordingly, Plaintiff requests that this matter be dismissed by the Court with the

4  Court.

5

6

7  DATED:  October 15, 2021     SO. CAL. EQUAL ACCESS GROUP

8

9       By:     */s/  Jason J. Kim*

10       Jason J. Kim, Esq.

11       Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**REQUEST FOR DISMISSAL OF ACTION**