JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL HERNANDEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NORTH MAIN SERVICE; JESUS CARDENAS; and DOES 1 to 10,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-10626-FLA (RAOx)<br><br>**GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION [DKT. 24]** |

　　　On October 15, 2021, Plaintiff Fidel Hernandez ("Hernandez" or "Plaintiff") filed a Request to Dismiss Case (the "Request"). Dkt. 24. Having reviewed the Request, and finding good cause therefor:

　　　IT IS HEREBY ORDERED that the entire action be dismissed.

　　　IT IS SO ORDERED.

Dated: October 18, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1